## STATE OF OREGON,
*Respondent,*

*v.*

## TIMOTHY RAY VANCE,
*Appellant.*

(91C-20291; CA A70751)

842 P2d 418

Gary D. Babcock, Salem, filed the brief for appellant.

Ann F. Kelley, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Katherine H. Waldo, Assistant Attorney General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Convictions affirmed; remanded for resentencing. *State v. Haydon,* 113 Or App 205, 832 P2d 457, *on recon* 116 Or App 347, 842 P2d 410 (1992).